MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
KEVIN W. FISHER, ) Bankruptcy No.: 10-56783
)
)
)
Debtor. )
_____ ) HON. ROGER L. EFREMSKY

## NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

TO: BAC HOME LOANS SERVICING, LP

    Please take notice that Debtor has moved the court for an order valuing your lien as being a totally unsecured claim in his Chapter 13. Upon completion of the plan, he will seek a judgment voiding the lien in its entirety.

    This matter is governed by Bankruptcy Local Rule 9014-1(b)(3). Objections and/or requests for a hearing, if any, as to the above-proposed motion, must be in writing and filed with the Clerk of the Bankruptcy Court, 280 So. First St., 3rd Floor, San Jose, CA and served upon Cathleen Cooper Moran, Attorney for the Debtor <u>not later than 28 days after the service of this notice</u>. Any objection or opposition must be accompanied by declarations and/or memorandum of law the objecting party wishes to present in support of the objection. If an objection is timely filed and served on the undersigned, this office will obtain a court hearing date and give at least 14 days written notice of the hearing to the objecting party. Any objections not timely filed and served shall be deemed waived. The moving party may then ask that the court approve the proposed action by default without a hearing.

MORAN LAW GROUP

Date: 08/10/2010    /s/ Cathleen Cooper Moran
    CATHLEEN COOPER MORAN
    Attorney for Debtor